SHEA M. BACKUS, ESQ. (Nevada Bar No. 8361)
sheabackus@backuslaw.com
**BACKUS | BURDEN**
3050 South Durango Drive
Las Vegas, Nevada 89117
T: 702-872-5555
F: 702-872-5545

MICHAEL MELENDEZ, ESQ.  (Nevada Bar No. 6741)
michael.melendez@kennedyslaw.com
**KENNEDYS CMK LLP**
455 Market Street
Suite 1900
San Francisco, California 94105
T:  415-323-4460
F:  415-323-4445

Attorneys for Defendant
USAA Casualty Insurance Company incorrectly
Named as USAA Insurance Agency, Inc.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LEAH MORALES, individually,<br><br>Plaintiff,<br><br>v.<br><br>USAA INSURANCE AGENCY, INC.; DOES 1 through X, INCLUSIVE, AND ROES BUSINESS ENTITIES I through X, INCLUSIVE,<br><br>Defendants. | Case No. 2:26-cv-00268-JAD-MDC<br><br>**STIPULATION AND ORDER TO SUBSTITUTE DEFENDANT USAA INSURANCE AGENCY, INC. WITH USAA CASUALTY INSURANCE COMPANY AND EXTEND TIME TO FILE RESPONSE** |

Defendant USAA Insurance Agency, Inc.[1], by and through its counsel of record of the law firms Backus | Burden and Kennedys CMK LLC, hereby stipulate as follows:

1. Defendant USAA Insurance Agency, Inc. was incorrectly named as defendant in this proceeding.  The proper entity to be named is USAA Casualty Insurance Company.

---

[1]USAA Insurance Agency, Inc. is an improperly named party; however, for the purpose of this stipulation, the defendant will appear by this name.

1

STIPULATION AND ORDER
CASE NO. 2:26-CV-00268

2. Pursuant to Fed. R. Civ. P. 15, the parties agree to substitute USAA Casualty Insurance Company for USAA Insurance Agency, Inc. The Caption should be amended to reflect the properly named Defendant USAA Casualty Insurance Company.

3. In accordance with Fed. R. Civ. P. 6(b), USAA Casualty Insurance Company shall have up to March 13, 2026, to file a response to the Complaint filed herein.

Dated: February 13, 2026

By: /s/ Shea Backus                .
SHEA M. BACKUS, ESQ.
sheabackus@backuslaw.com
**BACKUS | BURDEN**
3050 South Durango Drive
Las Vegas, Nevada 89117
T: 702-872-5555
F: 702-872-5545

MICHAEL MELENDEZ, ESQ.
michael.melendez@kennedyslaw.com
**KENNEDYS CMK LLP**
455 Market Street
Suite 1900
San Francisco, California 94105
T: 415-323-4460
F: 415-323-4445

Attorneys for Defendant
USAA Casualty Insurance Company incorrectly
named as USAA Insurance Agency, Inc.

Dated: March 5, 2026

By: /s/  David Menocal        .
DAVID MENOCAL, ESQ.
David@dmlgteam.com
**MENOCAL LAW GROUP**
1980 Festival Plaza Drive
Suite 300
Las Vegas, NV 89135
T: (702) 508-9222
F: (702) 508-9722

Attorneys for Plaintiff

## ORDER

IT IS SO ORDERED.

Dated this __10th__ day of ____March____, 2026.

_____
Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER
CASE NO. 2:26-CV-00268