SHEA M. BACKUS, ESQ. (Nevada Bar No. 8361)
sheabackus@backuslaw.com
**BACKUS | BURDEN**
3050 South Durango Drive
Las Vegas, Nevada 89117
T: 702-872-5555
F: 702-872-5545

MICHAEL MELENDEZ, ESQ.  (Nevada Bar No. 6741)
michael.melendez@kennedyslaw.com
**KENNEDYS CMK LLP**
455 Market Street
Suite 1900
San Francisco, California 94105
T:  415-323-4460
F:  415-323-4445

Attorneys for Defendant
USAA Casualty Insurance Company

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LEAH MORALES, individually,<br><br>    Plaintiff,<br><br>    v.<br><br>USAA CASUALTY INSURANCE COMPANY; DOES 1 through X, INCLUSIVE, AND ROES BUSINESS ENTITIES I through X, INCLUSIVE,<br><br>    Defendants. | Case No. 2:26-cv-00268-JAD-MDC<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>ECF No. 10 |

Plaintiff Leah Morales, by and through her counsel of record David Menocal, Esq. of the law firm Menocal Law Firm, and Defendant USAA Casualty Insurance Company, by and through its counsel of record of the law firms Backus | Burden and Kennedys CMK LLC, hereby stipulate as follows:

1.  All claims that have been brought by Plaintiff Leah Morales against Defendant USAA Casualty Insurance Company or could have been brought in the above titled litigation shall be dismissed with prejudice.

2.  The dismissal does completely resolve the entire matter.

3.  The parties agree that each party shall bear their own attorneys' fees and costs.

1

4.  This stipulation is entered into in good faith, in the interests of judicial economy and not for the purpose of delay.

Dated: April 14, 2026

By:  /s/ Shea Backus                              .
SHEA M. BACKUS, ESQ.
sheabackus@backuslaw.com
**BACKUS | BURDEN**
3050 South Durango Drive
Las Vegas, Nevada 89117
T: 702-872-5555
F: 702-872-5545

MICHAEL MELENDEZ, ESQ.
michael.melendez@kennedyslaw.com
**KENNEDYS CMK LLP**
455 Market Street
Suite 1900
San Francisco, California 94105
T:  415-323-4460
F:  415-323-4445

Attorneys for Defendant
USAA Casualty Insurance Company incorrectly
named as USAA Insurance Agency, Inc.

Dated: April  22, 2026

By:  /s/   David Menocal                              .
DAVID MENOCAL, ESQ.
David@dmlgteam.com
**MENOCAL LAW GROUP**
1980 Festival Plaza Drive
Suite 300
Las Vegas, NV 89135
T: (702) 508-9222
F: (702) 508-9722

Attorneys for Plaintiff

## ORDER FOR DISMISSAL WITH PREJUDICE
### 2:26-cv-00268-JAD-MDC

Based on the parties' stipulation [ECF No. 10] and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs.  The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: April 27, 2026

2